FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 29 2014

JEFFREY P. COLWELL
CLERK



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Room 8017, Bicentennial Building   (202) 616-6830
600 E Street, N.W.                 FAX (202) 616-2867
Washington, DC  20530

July 22, 2014

Honorable John F. Walsh
United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, Colorado 80202

Dear Mr. Walsh:

The Special Assistant United States Attorney appointment for Mr. Zeyen J. Wu is extended in your district, effective July 29, 2014, not to exceed January 28, 2016. This extension is subject to the conditions set forth in the original appointment letter under 28 U.S.C. § 543 dated July 29, 2013. The appointee will continue to serve without compensation. No additional appointment papers are necessary.

You must file a copy of this letter with the Clerk of the District Court to evidence this extension. Any questions concerning this extension should be addressed to Nicole West, SAUSA Program Assistant, Policy and Special Programs Division.

Sincerely,

Jane F. Reimus
Assistant Director
Human Resources Staff
Policy & Special Programs Division